# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA ALICIA RYAN | § § § § § § § § § § | |
| v. | | |
| LERLA G. JOSEPH, M.D., CENTRAL VIRGINIA COALITION OF HEALTHCARE PROVIDERS d/b/a JERICHO REACH ACO, and DOES 1 THROUGH 30 | | CIVIL ACTION NO. 3:25-CV-0470-S |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. After the Magistrate Judge issued her Recommendation, Plaintiff filed a Motion to transfer this case to the Eastern District of Texas, *see* ECF No. 38, which the Court construes an objection to the Magistrate Judge's Recommendation. Plaintiff's objection raises new arguments not asserted in the briefing on Defendants' Motion to Transfer. Arguments "not raised before a magistrate judge" are waived, "even if they are subsequently raised before the reviewing court in objections to the magistrate judge's report and recommendation." *See, e.g., Shambaugh & Son, L.P. v. Steadfast Ins. Co.*, 91 F.4th 364, 369 (5th Cir. 2024). The Court, therefore, need not consider Plaintiff's new arguments. *See id.*

Even so, the Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED November 25, 2025.

                                                               *[signature]*

                                            **UNITED STATES DISTRICT JUDGE**